

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-16-00058-CV

**IN THE INTEREST OF M.L. JR., A CHILD**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00628
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to April 25, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court